Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

O11to7e (8/1/16) dcm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Todd Brien Leeders**
**Vivian Ann Leeders**
Debtor(s)

Case No. **19–60923–pcm11**

ORDER CONVERTING
CHAPTER 11 CASE TO
CASE UNDER CHAPTER 7

A motion having been filed to convert the Chapter 11 case, and it appearing conversion is appropriate,

**IT IS ORDERED** that this case is converted to a case under Chapter 7 of United States Code Title 11.

**IT IS FURTHER ORDERED** that:

1. Todd Brien Leeders and Vivian Ann Leeders are designated, pursuant to Fed. Rule of Bankruptcy Procedure 9001(5), to perform the duties imposed upon the debtor(s) by United States Code Title 11, the Fed. Rules of Bankruptcy Procedure, and this Court's Local Rules.

2. The debtor(s), or Chapter 11 trustee, if one appointed by the Court, must file, within 14 days of the above "Filed" date, all documents required by either ¶a or ¶b:

    a. (1) A complete set of Schedules, Statement of Affairs, and Local Bankruptcy Form 521.05 if the debtor(s) is an individual, with each detailing the debtor's status as of this conversion date; (2) if debtor(s) is an individual, an Official Form 122A–1 detailing the debtor's status as of the case filing date; and (3) a separate Mailing List, following the requirements of Local Bankruptcy Form 104, listing only new creditors whose unpaid debts were incurred after the filing of the Chapter 11 Petition and before this date of conversion.

Page 1 of 2

**OR** b. (1) A Declaration, under penalty of perjury, stating that all previously filed Schedules, Statement of Financial Affairs, and any amendments thereto, substantially reflect the condition of the debtor(s) and the estate on this date of conversion; (2) if debtor(s) is an individual, an Official Form 122A–1 detailing the debtor's status as of the case filing date; and (3) Schedules I & J detailing debtor's status at conversion, and Local Bankruptcy Form 521.05 if debtor(s) is an individual.

3. If any new creditors are added to the case, including creditors on the mailing list referenced in paragraph 2 of this order, the debtor(s) must serve the new creditors with the notice of meeting of creditors issued by the Court following conversion, and immediately file a certificate of service thereon with the clerk. The certificate of service shall be filed separately from the documents referenced in paragraph 2. Any certificate of service filed more than 14 days after entry of this order must be filed under LBF 728 *Notice of Debtor's Amendment of Mailing List or Schedules D, E, F, E/F, G, H* with the associated fee.

4. If debtor(s) fails to comply with pt. 2 above, a Show Cause hearing will be set, and the debtor(s) (or designated person in pt. 1 above) must appear before the Court to explain the reasons, if any, for the failure to obey a lawful Court order. If the failure to obey is not adequately explained, the Court may (a) order a third person to perform the above duties and enter a judgment against the debtor(s) to pay such person reasonable compensation for the services performed and other reasonable costs; (b) deny the debtor's discharge for failure to obey a lawful order of the Court; (c) dismiss this case; or (d) order such other relief as the Court may deem appropriate.

5. Any Court appointed Chapter 11 trustee must, within 35 days of the above "Filed" date, file a final account on Local Bankruptcy Form 1198 with estate information from the filing date to this date of conversion.

###